JJJ

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07cr18-BO

UNITED STATES OF AMERICA

|                         |   |                   |
|-------------------------|---|-------------------|
| v.                      | : | I N D I C T M E N T |
|                         | : |                   |
| JUAN JOSE HERNANDEZ      | : |                   |
| a/k/a JUAN OCHOA-AVILA   | : |                   |

The Grand Jury charges that:

## COUNT ONE

On or about July 9, 2006, in the Eastern District of North Carolina, the defendant, JUAN JOSE HERNANDEZ, a/k/a JUAN OCHOA-AVILA, an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, that is, a Ruger .357 revolver, and ammunition, in violation of Title 18, United States Code, Sections 922(g)(5) and 924.

## COUNT TWO

On or about July 9, 2006, in the Eastern District of North Carolina, the defendant, JUAN JOSE HERNANDEZ, a/k/a JUAN OCHOA-AVILA, an alien, was found in the United States after having been excluded, deported, and removed from the United States on or about April 21, 2003, and not having obtained the express consent of the Attorney General to reapply for admission thereto, all in violation of Title 8, United States Code, Section 1326.

A TRUE BILL

GEORGE E. B. HOLDING
United States Attorney

BY:
JANE J. JACKSON
Assistant United States Attorney

Case 5:07-cr-00018-BO   Document 1   Filed 01/17/07   Page 2 of 2