JJJ               UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION

                       NO. 5:07-CR-18-1BO

UNITED STATES OF AMERICA          :
                                  :     MOTION FOR DOWNWARD
            v.                    :     DEPARTURE BASED ON
                                  :     SUBSTANTIAL ASSISTANCE
JUAN JOSE HERNANDEZ               :

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court, pursuant to USSG §5K1.1, to reduce the defendant's sentence due to the defendant's substantial assistance to the United States consideration. In support of this motion, the Government shows unto the Court the following:

1. The defendant was fully debriefed and cooperated with law enforcement agents. The defendant provided truthful and credible information.

WHEREFORE, the Government contends that the defendant has cooperated as fully as he is able, that her assistance has been substantial, and a departure is appropriate.

           Respectfully submitted, this 7th day of January, 2008.

                              GEORGE E. B. HOLDING
                              United States Attorney


                              BY:     /s/ Jane J. Jackson
                                    JANE J. JACKSON
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this 7th day of January, 2008, served a copy of the foregoing Motion upon the defendant in this action by electronic filing as follows:

>Mr. James E. Todd, Jr.
>150 Fayetteville Street, Suite 450
>Raleigh, North Carolina 27601

                    /s/ Jane J. Jackson
JANE J. JACKSON
Assistant United States Attorney